IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NORTH GLOW, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CAUSE NO. 4:13CV666 |
| | § | |
| FAROOGUE MOHAMMED GHULAM | § | |
| SALTANA NADIA | § | |
| AND/OR ALL OTHER OCCUPANTS, | § | |
|     Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND ORDER REMANDING CASE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 15 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and a recommendation that this case be remanded to County Court at Law No. 1, Collin County Texas for further proceedings.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, this case is hereby REMANDED to County Court at Law No. 1, Collin County, Texas for further proceedings.

**IT IS SO ORDERED.**

**SIGNED this the 12th day of June, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE